FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

SEP 11 AM 9:05

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ARLIN THOMPSON,

Plaintiff,

v.

DON JERRIEL, Warden; WAYNE JOHNSON, Warden of Care and Treatment; JOE TAYLOR, Medical Director, and Dr. ZELLNER YOUNG,

Defendants.

CIVIL ACTION NO.: CV607-042

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 11 day of Sept, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)